UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:21-cv-23006-KMM

CARLOS BRITO,

 Plaintiff,

v.

DISCOUNT AUTO PARTS, LLC,

 Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendant, DISCOUNT AUTO PARTS, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this 20th day of September, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Alicia M. Chiu* |
| ANTHONY J. PEREZ | ALICIA M. CHIU |
| Florida Bar No.: 535451 | Florida Bar No.: 58366 |
| GARCIA-MENOCAL & PEREZ, P.L. | JACKSON LEWIS, P.C. |
| 4937 S.W. 74th Court | 390 n. Orange Avenue, Suite 1285 |
| Miami, FL 33155 | Orlando, Florida 32801 |
| Telephone: (305) 553- 3464 | Telephone (407) 246-8440 |
| Facsímile: (305) 553-3031 | Email: Alicia.Chiu@jacksonlewis.com |
| Primary Email: ajperezlaw@gmail.com; | *Attorney for Defendant,* Discount Auto Parts, LLC |
| *Attorney for Plaintiff Carlos Brito* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 20th day of September, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ