UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-23006-KMM

**CARLOS BRITO,**

       **Plaintiff,**

vs.

**DISCOUNT AUTO PARTS, LLC,**

       **Defendant.**

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, and Defendant, DISCOUNT AUTO PARTS, LLC, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, dismiss this action, with prejudice and with each party bearing their own attorneys' fees and costs.

DATED this 29th day of September, 2021.

Respectfully submitted,

| GARCIA-MENOCAL & PEREZ, P.L.<br>4937 S.W. 74th Court<br>Miami, FL 33155<br>Telephone:   (305) 553-3464<br>Facsimile:   (305) 553-3031<br><br>By:   */s/ Anthony J. Perez*<br>      Anthony J. Perez<br>      Florida Bar No. 535451<br>      ajperez@gmplaw.com<br><br>      Beverly Virues<br>      Florida Bar No. 123713<br>      bvirues@lawgmp.com<br><br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:   (407) 246-8440<br>Facsimile:   (407) 246-8441<br><br>By:   */s/ Alicia M. Chiu*<br>      Alicia M. Chiu<br>      Florida Bar No. 0058366<br>      alicia.chiu@jacksonlewis.com<br><br>Attorneys for Defendant |

4845-3223-0396, v. 1